# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RONNECE MARTIN PHILPOT, *et al.*,

    *Plaintiffs*,

    v.

DISTRICT OF COLUMBIA,

    *Defendant*.

Civil Action No. 23-671 (AHA-MJS)

## Order

Magistrate Judge Matthew J. Sharbaugh issued a report and recommendation in this case on May 6, 2025. The 14-day period to file written objections has passed and neither party has filed any objections. *See* LCvR 72.3(b).

Plaintiff Ronnece Martin Philpot sued the District of Columbia under the Individuals with Disabilities Education Act. ECF No. 1 ¶ 1. Philpot contends that, although the hearing officer correctly found that the District's May 2022 individualized education plan for her child, R.P., was inadequate, the officer erred by finding the District's June 2021 plan adequate. *Id.* ¶¶ 29, 32. According to Philpot, the hearing officer should have ordered private school placement for R.P. instead of just compensatory education. *Id.* ¶ 34. Philpot and the District both moved for summary judgment. ECF Nos. 6, 9. Magistrate Judge Sharbaugh recommended that the Court deny Philpot's motion and grant the District's cross-motion. ECF No. 16 at 1–2.

The Court has reviewed and adopts Magistrate Judge Sharbaugh's opinion. The Court also finds that any objections to the report and recommendation have been waived by failure to timely assert them. *See* LCvR 72.3(b).

The Court accordingly denies Philpot's motion for summary judgment, ECF No. 6, and grants the District's cross-motion for summary judgment, ECF No. 9.

_____
AMIR H. ALI
United States District Judge

Date:   May 28, 2025